UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WATSON MICHALEK, et al., | No.  2:20-cv-0121 KJM DB PS |
| Plaintiffs, | |
| v. | **ORDER** |
| JOHN TOTONOTNNA, et al., | |
| Defendants, | |

  Plaintiff is proceeding pro se in the above-entitled action.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

  On January 11, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations.  The thirty-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

  Although it appears from the docket that plaintiff's copy of the findings and recommendations were returned as undeliverable, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of plaintiff's current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 11, 2021 (ECF No. 5) are adopted in full;

2. Plaintiff's January 16, 2020 complaint (ECF No. 1) is dismissed without prejudice; and

3. This action is closed.

DATED: March 25, 2021.

CHIEF UNITED STATES DISTRICT JUDGE